CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 15 2004

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROANOKE CEMENT COMPANY, ) | |
| ) | Civil Action No. 7:03-CV-0753 |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL JUDGMENT** |
| ) | |
| THE FALK CORPORATION, ) | |
| ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the court's Findings of Fact and Conclusions of Law issued this day, it is hereby

ADJUDGED AND ORDERED

that judgment is entered in favor of defendant The Falk Corporation on all claims asserted in this case by plaintiff Roanoke Cement Company LLC.

This is a final appealable order.

The Clerk of Court is directed to send a copy of this Final Judgment to all counsel of record.

ENTER: This 15th day of July, 2004.

_____
United States District Judge